## Frank Marshall, Appellee, v. Walter J. Cummings, Receiver, etc., et al., Trading as Chicago Surface Lines, Appellants.

### Gen. No. 43,006.

opinion
filed September 11, 1944; rehearing denied September 25, 1944. Frank
L. Kriete, Thomas M. Morris and Arthur J. Donovan, all of Chicago,
for appellants; William J. Flaherty, of Chicago, of counsel; Miller &
Moss, of Chicago, for appellee. Opinion by JUSTICE MATCHETT. **Not
to be published in full.**